# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Holly Marie Shelton        BK NO. 25-02861 HWV

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
16 Oct 2025, 14:01:48, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Case 1:25-bk-02861-HWV   Doc 12   Filed 10/16/25   Entered 10/16/25 22:05:17   Desc
Main Document   Page 1 of 1
Document ID: b6a27b3807c064faeff24bac5498504d5c8085bca71e641a411d640cd7308e2d